| | |
|---|---|
| David Bilsker (Bar No. 152383)<br>davidbilsker@quinnemanuel.com<br>David A. Perlson (Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>Andrew Naravage (Bar No. 320586)<br>andrewnaravage@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 Tel.<br>(415) 875-6700 Fax<br><br>Anne S. Toker (*pro hac vice*)<br>annetoker@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 Tel.<br>(212) 849-7100 Fax<br><br>Mike Bonanno (*pro hac vice*)<br>mikebonanno@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000 Tel.<br>(202) 538-8100 Fax<br><br>Attorneys for Plaintiffs Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc. | Sharonmoyee Goswami (*pro hac vice*)<br>sgoswami@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>(212) 474-1000 Tel.<br>(212) 474-3700 Fax<br><br>Edward R. Reines (Bar No. 135960)<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000 Tel.<br>(650) 802-3100 Fax<br><br>Attorneys for Defendants<br>Illumina, Inc. &<br>Illumina Cambridge Ltd. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMPLETE GENOMICS, INC.,<br>BGI AMERICAS CORP., and<br>MGI AMERICAS, INC.<br><br>       Plaintiffs,<br><br>  vs.<br><br>ILLUMINA, INC.,<br>ILLUMINA CAMBRIDGE LTD.,<br><br>       Defendants. | Case No. 3:21-cv-00217-WHO<br><br>**JOINT CASE STATUS STATEMENT REGARDING STAY** |

**JOINT CASE STATUS STATEMENT REGARDING STAY**

Pursuant to this Court's Electronic Order of May 5, 2022 (Dkt. No. 44), Plaintiffs Complete Genomics, Inc., BGI Americas Corp. and MGI Americas Inc. ("CGI") and Defendants Illumina, Inc. and Illumina Cambridge Ltd. ("Illumina") (collectively, the "Parties"), hereby submit this Joint Case Status Statement addressing whether the stay in this case should continue pending resolution of the appeals in the related cases.

The Parties agree that this case should continue to be stayed. On November 30, 2021, the jury returned a verdict in *Illumina, Inc. v. BGI Genomics Co., Ltd.*, No. 3:19-cv-03770-WHO (N.D. Cal. Nov. 30, 2021), Dkt. No. 550 ("*Illumina I*"), and *Illumina, Inc. v. BGI Genomics Co., Ltd.*, No. 3:20-cv-01465-WHO (N.D. Cal. Nov. 30, 2021), Dkt. No. 594 ("*Illumina II*") (collectively, "the Infringement Actions). Following entry of final judgment in the Infringement Actions on April 11, 2022, the Parties each filed notices of appeal. *Illumina I*, Dkt. Nos. 632 (CGI), 634 (Illumina); *Illumina II*, Dkt. Nos. 671 (CGI), 673 (Illumina). The appeals were docketed as Nos. 22-1733 (CGI's appeal of *Illumina I*), 22-1735 (CGI's appeal of *Illumina II*), 22-1742 (Illumina's appeal of *Illumina I*), and 22-1743 (Illumina's appeal of *Illumina II*) in the Federal Circuit on April 28, 2022 (Nos. 22-1733 and 22-175), April 29, 2022 (No. 22-1742), and May 2, 2022 (No. 22-1743). The Federal Circuit consolidated the appeals and designated No. 22-1733 as the lead case. *Illumina, Inc. v. BGI Genomics Co., Ltd.*, No. 22-1733 (Fed. Cir. May 11, 2022), Dkt. Nos. 5, 6. The Parties seek appellate review of issues including the validity or invalidity of certain of the asserted patents and CGI's inequitable conduct defense. Resolution of those issues may be relevant to the antitrust claims.

Given that appellate review may be relevant to disputes underlying the antitrust claims in the instant action, the Parties respectfully request that this Court continue the stay of this action pending resolution of the appeals of the Infringement Actions. The Parties propose submitting another Joint Case Status Statement within 45 days after the Federal Circuit enters judgment in the Infringement Actions.

-1-   Case No. 3:21-cv-00217-WHO
Joint Case Status Statement Regarding Stay

Dated: May 13, 2022

By:   */s/ David Bilsker*
     David Bilsker
     Attorneys for Plaintiffs
     COMPLETE GENOMICS, INC.
     BGI AMERICAS CORP., &
     MGI AMERICAS, INC.

By: */s/ Sharonmoyee Goswami*
     Sharonmoyee Goswami
     Attorneys for Defendants
     ILLUMINA, INC. &
     ILLUMINA CAMBRIDGE LTD.

**[PROPOSED] ORDER**

Having considered the parties' first Joint Case Status Statement, the Court hereby orders the parties to submit another Joint Case Status Statement within 45 days after the Federal Circuit enters judgment in the Infringement Action.

IT IS SO ORDERED.

Dated: _____   _____
The Honorable William H. Orrick III
United States District Judge
Northern District of California

**ATTESTATION**

I, David Bilsker, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: May 13, 2022         By  /s/ David Bilsker
                                David Bilsker