| | |
|---|---|
| DAVID BILSKER (Bar No. 152383) davidbilsker@quinnemanuel.com DAVID A. PERLSON (Bar No. 209502) davidperlson@quinnemanuel.com ANDREW NARAVAGE (Bar No. 320586) andrewnaravage@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN, LLP 50 California Street, 22nd Floor San Francisco, CA 94111 (415) 875-6600 Tel. (415) 875-6700 Fax | SHARONMOYEE GOSWAMI (*pro hac vice*) sgoswami@cravath.com CRAVATH, SWAINE & MOORE LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10019-7475 Telephone: (212) 474-1000 Facsimile: (212) 474-3700 |

ETHAN GLASS (Bar No. 216159)
ethanglass@quinnemanuel.com
MIKE BONANNO (*pro hac vice* forthcoming)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants*
ILLUMINA, INC. and ILLUMINA
CAMBRIDGE LTD.

ANNE S. TOKER (*pro hac vice* forthcoming)
annetoker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

*Attorneys for Plaintiffs*
COMPLETE GENOMICS, INC., BGI
AMERICAS CORP., and MGI AMERICAS,
INC.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Case No. 3:21-cv-00217-WHO

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 3 | **SAN FRANCISCO DIVISION** |

| | |
|---|---|
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS, INC., | Case No. 3:21-cv-00217-WHO |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | Judge: Honorable William H. Orrick |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc. (collectively, "Plaintiffs") and Defendants Illumina, Inc. and Illumina Cambridge Ltd. (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of this action as follows:

1. All claims are dismissed with prejudice.
2. Each party will bear its own costs and attorneys' fees with respect to this action including but not limited to the entry of this Stipulation and Order of Dismissal with Prejudice.

Dated: July 27, 2022  Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Edward R. Reines*
Edward R. Reines

*Attorneys for Defendants*, ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

Dated: July 27, 2022  QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ David Bilsker*
David Bilsker

*Attorneys for Plaintiffs,* COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
                                   The Honorable William H. Orrick
                                   United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE                                    Case No. 3:21-cv-00217-WHO
                        2

# **FILER'S ATTESTATION**

I, Edward R. Reines, am the ECF User whose ID and password are being used to file this STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that David Bilsker has concurred in this filing.

                                                  */s/ Edward R. Reines*
                                                    Edward R. Reines