DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
DAVID A. PERLSON (Bar No. 209502)
davidperlson@quinnemanuel.com
ANDREW NARAVAGE (Bar No. 320586)
andrewnaravage@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

ETHAN GLASS (Bar No. 216159)
ethanglass@quinnemanuel.com
MIKE BONANNO (*pro hac vice* forthcoming)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

ANNE S. TOKER (*pro hac vice* forthcoming)
annetoker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

*Attorneys for Plaintiffs*
COMPLETE GENOMICS, INC., BGI
AMERICAS CORP., and MGI AMERICAS,
INC.

SHARONMOYEE GOSWAMI (*pro hac vice*)
sgoswami@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants*
ILLUMINA, INC. and ILLUMINA
CAMBRIDGE LTD.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Case No. 3:21-cv-00217-WHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS, INC.,<br><br>        Plaintiffs,<br>   v.<br>ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.,<br><br>        Defendants. | Case No. 3:21-cv-00217-WHO<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable William H. Orrick |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**      **Case No. 3:21-cv-00217-WHO**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc. (collectively, "Plaintiffs") and Defendants Illumina, Inc. and Illumina Cambridge Ltd. (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of this action as follows:

1. All claims are dismissed with prejudice.

2. Each party will bear its own costs and attorneys' fees with respect to this action including but not limited to the entry of this Stipulation and Order of Dismissal with Prejudice.

Dated: July 27, 2022

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Edward R. Reines*
Edward R. Reines

*Attorneys for Defendants*, ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.

Dated: July 27, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ David Bilsker*
David Bilsker

*Attorneys for Plaintiffs,* COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS, INC.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**                                   1                                   Case No. 3:21-cv-00217-WHO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 28, 2022_____    _____
                                  The Honorable William H. Orrick
                                  United States District Court Judge

**FILER'S ATTESTATION**

I, Edward R. Reines, am the ECF User whose ID and password are being used to file this STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that David Bilsker has concurred in this filing.

                                                                         */s/ Edward R. Reines*
                                                                            Edward R. Reines